FILED
NOV 0 6 2007
NOV 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| ANTHONY MARANO COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROSELLE INTERNATIONAL FOOD MARKET LLC, an Illinois limited liability company, RANDA SOURI, and EDWARD RAFIDIA,<br><br>Defendants. | C: **07CV6285**<br>**JUDGE KENDALL**<br>Ju **MAG. JUDGE SCHENKIER**<br>Magistrate Judge: |

## COMPLAINT
(To enforce payment from Produce Trust)

Plaintiff, ANTHONY MARANO COMPANY (hereinafter "Marano") for its complaint against Roselle International Food Market LLC, an Illinois limited liability company, Randa Souri, and Edward Rafidia (hereinafter collectively referred to as "Defendants") allege:

### Jurisdiction and Venue

1. Jurisdiction is based on Section on Section 5(c)(5) of the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c)(5) (hereafter "the PACA"), 28 U.S.C. §1331 and 28 U.S.C. §1332.

2. Venue in this District is based on 28 U.S.C. § 1391 in that (a) Plaintiff's claims arose in this District and (b) Defendants' principal places of business are in this district.

3. Plaintiff Marano is an Illinois corporation with its principal place of business in Chicago, Illinois. Plaintiff is engaged in the business of buying and selling wholesale quantities of perishable agricultural commodities (hereafter "produce") in interstate commerce. At all times

1

pertinent herein, Plaintiff was subject to and licensed under the PACA as a dealer under PACA license number 19189931.

4. (a) Roselle International Food Market LLC, an Illinois limited liability company, having its principal place of business in Roselle, Illinois at all times pertinent herein, was subject to the provisions of the PACA.

(b) Randa Souri, and Edward Rafidia, upon information and belief, were at all times pertinent herein, dealers and commission merchants and subject to the PACA, were also members, managers and/or principals of Roselle International Food Market LLC, an Illinois limited liability company, who carried out the day to day operations of Roselle International Food Market LLC, an Illinois limited liability company, during the period of time in question.

## General Allegations

5. This action is brought to enforce the trust provisions of P.L. 98-273, the 1984 amendment to Section 5 of the PACA, 7 U.S.C. § 499 e(c).

6. Between September 20, 2007 and October 15, 2007, Marano sold and delivered to Defendants, in interstate commerce, $21,890.25 worth of produce (see Statement attached hereto as "Exhibit 1").

7. Defendants have failed to pay for the produce when payment was due, despite repeated demands and presently owe Marano $21,890.25, plus costs and interest.

8. At the time of receipt of the produce, Plaintiff became beneficiary in a statutory trust designed to assure payment to produce suppliers. The trust consists of all produce or produce related assets, including all funds commingled with funds from other sources and all assets procured by such funds, in the possession or control of Defendants since the creation of this trust.

9. Plaintiff Marano preserved its respective interest in the PACA trust in the amount of $21,890.25, by delivering invoices to Defendants which contain the language required by 7 U.S.C.§499e(c)(4).

10. Defendants' failure and inability to pay shows that Defendants are failing to maintain sufficient assets in the statutory trust to pay Plaintiff and are dissipating trust assets.

## Count I

(Failure to Pay Trust Funds)

11. Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 10 above as if fully set forth herein.

12. The failure of Defendants to make payment to Plaintiff of trust funds in the amount of $21,890.25 from the statutory trust is a violation of the PACA and PACA regulations, and is unlawful.

**WHEREFORE**, Plaintiff requests an order enforcing payment from the trust by requiring Defendants, Roselle International Food Market LLC, an Illinois limited liability company, Randa Souri, and Edward Rafidia, to make immediate payment of $21,890.25 to Marano.

## Count II

(Failure to Pay for Goods Sold)

13. Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 12 above as if fully set forth herein.

14. Defendants failed and refused to pay Plaintiff $21,890.25 owed to Plaintiff for produce received by Defendants from Plaintiff.

**WHEREFORE**, Plaintiff requests judgment for Marano and against Defendants, Roselle

International Food Market LLC, an Illinois limited liability company, Randa Souri, and Edward Rafidia, in the amount of $21,890.25, jointly and severally.

### Count III

(Unlawful Dissipation of Trust Assets by Company Officials -Randa Souri, and Edward Rafidia)

15. Plaintiff incorporates each and every allegation set forth in paragraph 1 to 14 above as if fully set forth herein.

16. Randa Souri, and Edward Rafidia were members and/or managers of Fresh Point Market, LLC, an Illinois limited liability company, during the period of time in question.

17. Randa Souri, and Edward Rafidia failed to direct the company to fulfill its statutory duties to preserve PACA trust assets and pay Plaintiff for the produce it supplied.

18. Randa Souri, and Edward Rafidia's failure to direct the company to maintain PACA trust assets and pay Plaintiff for the produce it supplied was an unlawful dissipation of trust assets by a limited liability company official.

19. As a result of said unlawful dissipation of trust assets, Plaintiff has been deprived of its rights as beneficiaries in the produce trust and has been denied payment for the produce it supplied.

**WHEREFORE**, Plaintiff request judgment for Marano and against Randa Souri, and Edward Rafidia in the amount of $21,890.25, jointly and severally.

### Count IV

(Failure to Pay Trust Funds - Randa Souri, and Edward Rafidia)

20. Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 19 above as if fully set forth herein.

21. Roselle International Food Market LLC is an Illinois limited liability company.

22. Randa Souri, and Edward Rafidia assisted in the operation of Roselle International Food Market LLC, an Illinois limited liability company, and, as individuals, were dealers and commission merchants subject to the PACA.

23. Randa Souri, and Edward Rafidia's failure to make payment to Plaintiff of trust funds in the amount of $21,890.25 to Marano is a violation of the PACA and PACA regulations and is unlawful.

**WHEREFORE**, Plaintiff requests judgment for Marano and against Randa Souri, and Edward Rafidia in the amount of $21,890.25 and an order against Randa Souri, and Edward Rafidia enforcing payment from the trust in said amount.

## Count V

(Interest and Attorney's Fees)

28. Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 23 above as if fully set forth herein.

29. As a result of Defendants' failure to make full payment promptly of $21,890.25 to Marano, Plaintiff has lost the use of said money.

30. As a further result of Defendants' failure to make full payment promptly of $21,890.25 to Marano, Plaintiff has been required to pay attorney's fees and costs in order to bring this action to require Defendants to comply with their statutory duties.

31. Invoices for produce sold to Defendants in this matter call for interest.

**WHEREFORE**, Marano requests judgment against each of the Defendants, Roselle International Food Market LLC, an Illinois limited liability company, Randa Souri, and Edward

Rafidia, jointly and severally, for prejudgment and post-judgment interest, costs and attorneys fees.

Respectfully submitted,

*/s/ Michael T. Stanley*
Michael T. Stanley

Michael T. Stanley
Lawrence B. Ordower
Ordower & Ordower, P.C.
One N. LaSalle Street, Ste. 1300
Chicago, IL 60602
(312) 263-5122
C:\Documents and Settings\Michael Stanley\My Documents\M Stanley\Marano\RoselleIntFoods\AMCvRoselleComplaint110507.wpd

# STATEMENT

## Anthony Marano Company

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

**REMITTANCE ADVICE**

PLEASE CHECK (✓) INVOICES BEING PAID AND RETURN THIS PORTION WITH YOUR REMITTANCE

← TEAR AT PERFORATION

| CUSTOMER NO. | STATEMENT DATE |
|---|---|
| R108 | 11/03/2007 |

ROSELLE INT FOOD MKT/BIMEX INC
825 E. NERGE ST
ROSELLE, IL  60172

| CUSTOMER NO. | STATEMENT DATE |
|---|---|
| R108 | 11/03/2007 |

**CUSTOMER NAME**
ROSELLE INT FOOD MKT/BIMEX I

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

AMOUNT PAID →

Page 1

| TRANS'N DATE | INVOICE NO. AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| 09/20/2007 | A077601 | -148.00 | Ref:A0766-44 | -148.00 | A077601 | -148.00 | -148.00 |
| 09/26/2007 | A084906 | 616.25 | | 616.25 | A084906 | 616.25 | 468.25 |
| 09/26/2007 | A084908 | 150.00 | | 150.00 | A084908 | 150.00 | 618.25 |
| 09/26/2007 | A084918 | 252.00 | | 252.00 | A084918 | 252.00 | 870.25 |
| 09/26/2007 | A084921 | 374.00 | | 374.00 | A084921 | 374.00 | 1,244.25 |
| 09/26/2007 | A084999 | 572.00 | | 572.00 | A084999 | 572.00 | 1,816.25 |
| 09/26/2007 | A085026 | 301.50 | | 301.50 | A085026 | 301.50 | 2,117.75 |
| 09/28/2007 | A087222 | -18.00 | Ref:A0849-06 | -18.00 | A087222 | -18.00 | 2,099.75 |
| 09/28/2007 | A088990 | 146.00 | | 146.00 | A088990 | 146.00 | 2,245.75 |
| 09/28/2007 | A088994 | 222.00 | | 222.00 | A088994 | 222.00 | 2,467.75 |
| 09/28/2007 | A089009 | 741.75 | | 741.75 | A089009 | 741.75 | 3,209.50 |
| 09/28/2007 | A089019 | 106.00 | | 106.00 | A089019 | 106.00 | 3,315.50 |
| 09/28/2007 | A089027 | 383.50 | | 383.50 | A089027 | 383.50 | 3,699.00 |
| 09/28/2007 | A089036 | 498.00 | | 498.00 | A089036 | 498.00 | 4,197.00 |
| 09/28/2007 | A089080 | 93.00 | | 93.00 | A089080 | 93.00 | 4,290.00 |
| 10/01/2007 | A089153 | 524.00 | | 524.00 | A089153 | 524.00 | 4,814.00 |
| 10/01/2007 | A089159 | 183.00 | | 183.00 | A089159 | 183.00 | 4,997.00 |
| 10/01/2007 | A092191 | 258.00 | | 258.00 | A092191 | 258.00 | 5,255.00 |
| 10/01/2007 | A092196 | 697.00 | | 697.00 | A092196 | 697.00 | 5,952.00 |
| 10/01/2007 | A092197 | 385.00 | | 385.00 | A092197 | 385.00 | 6,337.00 |
| 10/01/2007 | A092211 | 180.00 | | 180.00 | A092211 | 180.00 | 6,517.00 |
| 10/01/2007 | A092243 | 538.50 | | 538.50 | A092243 | 538.50 | 7,055.50 |
| 10/01/2007 | A092307 | 24.00 | | 24.00 | A092307 | 24.00 | 7,079.50 |
| 10/01/2007 | A092444 | 110.00 | | 110.00 | A092444 | 110.00 | 7,189.50 |
| 10/01/2007 | A092479 | 178.64 | | 178.64 | A092479 | 178.64 | 7,368.14 |
| 10/01/2007 | A092521 | 453.00 | | 453.00 | A092521 | 453.00 | 7,821.14 |
| 10/01/2007 | A092523 | 26.00 | | 26.00 | A092523 | 26.00 | 7,847.14 |
| 10/02/2007 | A094026 | -12.00 | Ref:A0921-96 | -12.00 | A094026 | -12.00 | 7,835.14 |

Continued

**TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES**
* A finance charge of 1 - 1/2% per month (annual fee 18%) will be charged on past due balances over 30 days. In the event legal action is commenced to collect the balance due under this invoice, the prevailing party shall be entitled to recover all court costs and reasonable attorneys' fees incurred thereby.

Exhibit 1          11/06/2007 TUE 13:37   [TX/RX NO 9585]  ☑002

# STATEMENT

## Anthony Marano Company

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

**REMITTANCE ADVICE**

PLEASE CHECK (✓) INVOICES BEING PAID AND RETURN THIS PORTION WITH YOUR REMITTANCE

← TEAR AT PERFORATION

| | |
|---|---|
| CUSTOMER NO. R108 | STATEMENT DATE 11/03/2007 |

ROSELLE INT FOOD MKT/BIMEX INC
825 E. NERGE ST
ROSELLE, IL 60172

| CUSTOMER NO. | STATEMENT DATE |
|---|---|
| R108 | 11/03/2007 |

CUSTOMER NAME
ROSELLE INT FOOD MKT/BIMEX I

AMOUNT PAID ▶

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Page 2

| TRANS'N DATE | INVOICE NO. AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| 10/02/2007 | A092814 | 343.50 | | 343.50 | A092814 | 343.50 | 8,178.64 |
| 10/03/2007 | A094287 | -18.00 | Ref:A0921-97 | -18.00 | A094287 | -18.00 | 8,160.64 |
| 10/03/2007 | A095006 | 273.00 | | 273.00 | A095006 | 273.00 | 8,433.64 |
| 10/03/2007 | A095016 | 203.25 | | 203.25 | A095016 | 203.25 | 8,636.89 |
| 10/03/2007 | A095021 | 208.00 | | 208.00 | A095021 | 208.00 | 8,844.89 |
| 10/03/2007 | A095024 | 318.50 | | 318.50 | A095024 | 318.50 | 9,163.39 |
| 10/03/2007 | A095029 | 304.00 | | 304.00 | A095029 | 304.00 | 9,467.39 |
| 10/03/2007 | A095037 | 487.50 | | 487.50 | A095037 | 487.50 | 9,954.89 |
| 10/03/2007 | A095040 | 450.00 | | 450.00 | A095040 | 450.00 | 10,404.89 |
| 10/03/2007 | A095044 | 548.00 | | 548.00 | A095044 | 548.00 | 10,952.89 |
| 10/03/2007 | A095181 | 24.00 | | 24.00 | A095181 | 24.00 | 10,976.89 |
| 10/05/2007 | A098503 | 258.00 | | 258.00 | A098503 | 258.00 | 11,234.89 |
| 10/05/2007 | A098506 | 673.50 | | 673.50 | A098506 | 673.50 | 11,908.39 |
| 10/05/2007 | A098515 | 534.50 | | 534.50 | A098515 | 534.50 | 12,442.89 |
| 10/05/2007 | A098517 | 140.00 | | 140.00 | A098517 | 140.00 | 12,582.89 |
| 10/05/2007 | A098541 | 412.00 | | 412.00 | A098541 | 412.00 | 12,994.89 |
| 10/05/2007 | A098615 | 629.25 | | 629.25 | A098615 | 629.25 | 13,624.14 |
| 10/05/2007 | A098781 | 18.00 | | 18.00 | A098781 | 18.00 | 13,642.14 |
| 10/05/2007 | A098908 | 32.00 | | 32.00 | A098908 | 32.00 | 13,674.14 |
| 10/05/2007 | A098953 | 12.00 | | 12.00 | A098953 | 12.00 | 13,686.14 |
| 10/08/2007 | A099981 | -32.00 | Ref:A0950-37 | -32.00 | A099981 | -32.00 | 13,654.14 |
| 10/08/2007 | A099140 | 15.75 | | 15.75 | A099140 | 15.75 | 13,669.89 |
| 10/08/2007 | A101806 | 332.00 | | 332.00 | A101806 | 332.00 | 14,001.89 |
| 10/08/2007 | A101813 | 244.00 | | 244.00 | A101813 | 244.00 | 14,245.89 |
| 10/08/2007 | A101845 | 411.50 | | 411.50 | A101845 | 411.50 | 14,657.39 |
| 10/08/2007 | A101865 | 274.00 | | 274.00 | A101865 | 274.00 | 14,931.39 |
| 10/08/2007 | A101876 | 471.00 | | 471.00 | A101876 | 471.00 | 15,402.39 |
| 10/08/2007 | A101878 | 539.00 | | 539.00 | A101878 | 539.00 | 15,941.39 |

Continued

**TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES\***
\* A finance charge of 1 - 1/2% per month (annual fee 18%) will be charged on past due balances over 30 days. In the event legal action is commenced to collect the balance due under this invoice, the prevailing party shall be entitled to recover all Court costs and reasonable attorneys' fees incurred thereby.

# STATEMENT

## Anthony Marano Company

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

**REMITTANCE ADVICE**

PLEASE CHECK (✓) INVOICES BEING PAID AND RETURN THIS PORTION WITH YOUR REMITTANCE

◄— TEAR AT PERFORATION

| | |
|---|---|
| CUSTOMER NO. | R108 |
| STATEMENT DATE | 11/03/2007 |
| CUSTOMER NAME | ROSELLE INT FOOD MKT/BIMEX I |
| AMOUNT PAID | |

ROSELLE INT FOOD MKT/BIMEX INC
825 E.NERGE ST
ROSELLE, IL 60172

CUSTOMER NO. R108
STATEMENT DATE 11/03/2007

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Page 3

| TRANS'N DATE | INVOICE NO. AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| 10/08/2007 | A101882 | 244.86 | | 244.86 | A101882 | 244.86 | 16,186.25 |
| 10/08/2007 | A101909 | 32.50 | | 32.50 | A101909 | 32.50 | 16,218.75 |
| 10/08/2007 | A101917 | 656.00 | | 656.00 | A101917 | 656.00 | 16,874.75 |
| 10/10/2007 | A104769 | 180.00 | | 180.00 | A104769 | 180.00 | 17,054.75 |
| 10/10/2007 | A104773 | 136.00 | | 136.00 | A104773 | 136.00 | 17,190.75 |
| 10/10/2007 | A104778 | 322.00 | | 322.00 | A104778 | 322.00 | 17,512.75 |
| 10/10/2007 | A104797 | 432.00 | | 432.00 | A104797 | 432.00 | 17,944.75 |
| 10/10/2007 | A104804 | 709.00 | | 709.00 | A104804 | 709.00 | 18,653.75 |
| 10/10/2007 | A104806 | 720.25 | | 720.25 | A104806 | 720.25 | 19,374.00 |
| 10/10/2007 | A104875 | 286.00 | | 286.00 | A104875 | 286.00 | 19,660.00 |
| 10/10/2007 | A104899 | 22.00 | | 22.00 | A104899 | 22.00 | 19,682.00 |
| 10/12/2007 | A108286 | -88.00 | Ref:A1018.55 | -88.00 | A108286 | -88.00 | 19,594.00 |
| 10/12/2007 | A108281 | 180.00 | | 180.00 | A108281 | 180.00 | 19,774.00 |
| 10/12/2007 | A108285 | 298.00 | | 298.00 | A108285 | 298.00 | 20,072.00 |
| 10/12/2007 | A108316 | 284.75 | | 284.75 | A108316 | 284.75 | 20,356.75 |
| 10/12/2007 | A108319 | 562.50 | | 562.50 | A108319 | 562.50 | 20,919.25 |
| 10/12/2007 | A108441 | 349.00 | | 349.00 | A108441 | 349.00 | 21,268.25 |
| 10/12/2007 | A108503 | 296.00 | | 296.00 | A108503 | 296.00 | 21,564.25 |
| 10/12/2007 | A108578 | 30.00 | | 30.00 | A108578 | 30.00 | 21,594.25 |
| 10/12/2007 | A108622 | 22.00 | | 22.00 | A108622 | 22.00 | 21,616.25 |
| 10/12/2007 | A108751 | 32.00 | | 32.00 | A108751 | 32.00 | 21,648.25 |
| 10/12/2007 | A108753 | 40.00 | | 40.00 | A108753 | 40.00 | 21,688.25 |
| 10/15/2007 | A108843 | 202.00 | | 202.00 | A108843 | 202.00 | 21,890.25 |

Final Balance 21,890.25

**TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES***
* A finance charge of 1 - 1/2% per month (annual fee 18%) will be charged on past due balances over 30 days. In the event legal action is commenced to collect the balance due under this invoice, the prevailing party shall be entitled to recover all court costs and reasonable attorney fees incurred therein.