**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

07CV6285
JUDGE KENDALL
MAG. JUDGE SCHENKIER

In the Matter of                                                   Case Number:

ANTHONY MARANO COMPANY v. ROSELLE
INTERNATIONAL FOOD MARKET LLC, an Illinois limited
liability company, RANDA SOURI, and EDWARD RAFIDIA

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ANTHONY MARANO COMPANY

FILED
NOV 06 2007
NOV 0 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Michael T. Stanley | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM ORDOWER & ORDOWER, P.C. | |
| STREET ADDRESS One N. LaSalle St., Suite 1300 | |
| CITY/STATE/ZIP Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6284055 | TELEPHONE NUMBER 312-263-5122 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |