

**FILED**
NOV 0 6 2007
Nov 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| ANTHONY MARANO COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROSELLE INTERNATIONAL FOOD MARKET LLC, an Illinois limited liability company, RANDA SOURI, and EDWARD RAFIDIA,<br><br>Defendants. | Case No. **07CV6285**<br><br>**JUDGE KENDALL**<br><br>Judge: **MAG. JUDGE SCHENKIER**<br><br>Magistrate Judge: MAGISTRATE JUDGE SCHENKIER |

## MOTION FOR TEMPORARY RESTRAINING ORDER

Upon the verified affidavit of Plaintiff's representative and the accompanying memorandum in support, Plaintiff moves the Court to issue a temporary restraining order enforcing the statutory trust established by Section 5 ( c) of the Perishable Agriculture Commodities Act, 7 U.S.C., § 499 e(c), by restraining the transfer of any and all assets of Roselle International Food Market LLC, an Illinois limited liability company, Randa Souri, and Edward Rafidia, except for any payment to Plaintiff, up to $21,890.25 to Plaintiff ANTHONY MARANO COMPANY, pending either payment to Plaintiff by cashier's or certified check of $21,890.25 to Plaintiff ANTHONY MARANO COMPANY or a further hearing to be set within ten (10) days of the issuance of the temporary restraining order.

Respectfully Submitted,

_____
Michael T. Stanley
ORDOWER & ORDOWER, P.C.
One N. LaSalle Street, No. 1300
Chicago, Illinois 60602