

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

**FILED**
NOV 0 6 2007
NOV 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ANTHONY MARANO COMPANY,

Plaintiff,

v.

ROSELLE INTERNATIONAL FOOD
MARKET LLC, an Illinois limited liability
company, RANDA SOURI, and EDWARD
RAFIDIA,

Defendants.

Case 07CV6285
Judg JUDGE KENDALL
Magi MAG. JUDGE SCHENKIER

### NOTICE OF MOTION

TO:  By Phone:  Roselle International Food Market LLC (773) 908-7261
                Randa Souri (773) 908-7261 and (773) 539-6246
                Edward Rafidia (847) 921-6162

     By Fax:    Roselle International Food Market LLC (773) 866-2214

PLEASE TAKE NOTICE that on the ___ day of November, 2007 at the hour of 9:00 a~
a.m/p.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Presiding
U.S. District Court Judge in Room 2319 at the Everett McKinley Dirksen Federal Building,
219 South Dearborn Street, Chicago, Illinois, and shall then and there present the accompanying
Motion for Temporary Restraining Order.

Michael T. Stanley
ORDOWER & ORDOWER, P.C.
One North LaSalle Street, Suite 1300
Chicago, Illinois 60602
(312) 263-5122

### CERTIFICATE OF SERVICE

I, MICHAEL T. STANLEY, the attorney, certify that I caused to be served the foregoing
Notice of Motion together with the attached Motion for Temporary Restraining Order and
Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order and PACA Trust
Claim, upon the persons indicated by the manner indicated, on this ___ day of November,
2007.

C:\Documents and Settings\Michael Stanley\My Documents\M Stanley\Marano\RoselleIntFoods\AMCvRoselleNoticeofTROMotion110507.wpd