**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Anthony Marano Company

                     Plaintiff,

v.                                              Case No.: 1:07−cv−06285
                                              Honorable Virginia M. Kendall

Roselle International Food Market LLC, et al.

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 16, 2007:

       MINUTE entry before Judge Virginia M. Kendall :The plaintiffs hereby dismisses all defendants from this matter with prejudice pursuant to FRCP, Rule 41(a)(1)(i).Civil case terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.